# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of November, two thousand and fourteen.

_____

United States of America,
    Appellee,

v.

Joseph Vincent Jenkins, AKA Sealed Defendant,
    Defendant-Appellant.

_____

**ORDER**
Docket No. 14-4295

Lisa A. Peebles moves to be relieved as counsel for the Appellant.

IT IS HEREBY ORDERED that the motion to be relieved is GRANTED. Robert A. Culp, 29 Garrison's Landing – P.O. Box 550, Garrison, NY 10524, is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A. Attorney Culp is directed to review Local Rule 12.2 regarding the filing of Form B and Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

